**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-10033 |
| Plaintiff - Appellee, | D.C. No. 2:09-cr-00275-PMP |
| v. | |
| JESUS MARIO FELIX-BURGOS, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Nevada
Philip M. Pro, District Judge, Presiding

Submitted December 14, 2010[**]

Before:    GOODWIN, WALLACE, and CLIFTON, Circuit Judges.

Jesus Mario Felix-Burgos appeals from the 46-month sentence imposed following his guilty-plea conviction for being a deported alien found unlawfully in the United States, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Felix-Burgos contends that his sentence is substantively unreasonable.  In light of the totality of the circumstances and the 18 U.S.C. § 3553(a) sentencing factors, Felix-Burgos' sentence at the bottom of the Guidelines range is substantively reasonable.  *See United States v. Carty*, 520 F.3d 984, 991-93 (9th Cir. 2008) (en banc).  Moreover, the district court did not procedurally err.  *See id.*

**AFFIRMED.**

10-10033